People v Coffee (2025 NY Slip Op 01736)

People v Coffee

2025 NY Slip Op 01736

Decided on March 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, SMITH, DELCONTE, AND HANNAH, JJ.

161 KA 22-00046

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
RAHMIERE DUNHAM COFFEE, DEFENDANT-APPELLANT. (APPEAL NO. 1.) 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JANE I. YOON OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered December 8, 2021. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: In appeal No. 1, defendant appeals from a judgment convicting him, upon his plea of guilty, of assault in the first degree (Penal Law § 120.10 [1]). In appeal No. 2, he appeals from a judgment convicting him, upon his plea of guilty in the same plea proceeding, of burglary in the second degree (§ 140.25 [2]). Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid (see People v Rivera, 225 AD3d 1286, 1286 [4th Dept 2024], lv denied 41 NY3d 1004 [2024]; People v Fernandez, 218 AD3d 1257, 1257-1258 [4th Dept 2023], lv denied 40 NY3d 1012 [2023]) and thus does not preclude our review of his challenge to the sentences imposed (see People v Baker, 158 AD3d 1296, 1296 [4th Dept 2018], lv denied 31 NY3d 1011 [2018]; see also People v Johnson, 215 AD3d 1282, 1282 [4th Dept 2023], lv denied 40 NY3d 929 [2023]), we nevertheless conclude in each appeal that the sentence is not unduly harsh or severe.
Entered: March 21, 2025
Ann Dillon Flynn
Clerk of the Court